IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON A. SANDEFUR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. JOE GOLDENSON, et al.,<br><br>　　　　Defendants. | No. C 14-3899 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT |

　　　　Plaintiff, a California state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983.  On May 8, 2015, the court dismissed plaintiff's complaint with leave to amend.  (Docket No. 8.)  Plaintiff has filed a letter requesting a copy of his amended complaint and an extension of time to file a second amended complaint due to his lack of access to the law library.  (Docket No. 9.)

　　　　Good cause showing, plaintiff's motion is GRANTED.  Plaintiff shall file a second amended complaint **no later than August 8, 2015**.  The amended complaint must include the caption and civil case number used in this order (C 14-3899 LHK (PR)) and the words SECOND AMENDED COMPLAINT on the first page.

　　　　IT IS SO ORDERED.

DATED: 7/1/2015

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Motion for Extension of Time to File Second Amended Complaint
P:\PRO-SE\LHK\CR.14\Sandefur899eot-AC2.wpd