**FILED**

AUG 3 1 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON A. SANDEFUR, | No. C 14-3899 LHK (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| DR. JOE GOLDENSON, et al., | |
| Defendants. | |

Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On May 8, 2015, the court dismissed plaintiff's amended complaint with leave to amend, and directed plaintiff to file a second amended complaint within thirty days. Plaintiff was cautioned that the failure to file a second amended complaint within thirty days would result in the dismissal of this action. Plaintiff then requested an extension of time within which to file his second amended complaint. On July 2, 2015, the court granted the request, and ordered plaintiff to file a second amended complaint no later than August 8, 2015. To date, plaintiff has not filed an amended complaint or otherwise communicated with the court. Thus, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: 8/28/2015

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\CR.14\Sandefur899dis.wpd